# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2271

_____

William George Blomberg,          *
                                  *
            Appellee,             *
                                  *
                                  *   Appeal from the United States
      v.                          *   District Court for the
                                  *   Western District of Missouri.
Cal Greenlaw, M.D.,               *
                                  *      [UNPUBLISHED]
            Appellant.            *
                                  *
George H. Sobky, M.D.,            *
                                  *
            Defendant.            *

_____

Submitted: February 14, 2000

Filed:  March 8, 2000

_____

Before RICHARD S. ARNOLD, HEANEY and LOKEN, Circuit Judges.

_____

PER CURIAM.


Cal W. Greenlaw, M.D., appeals the judgment of the district court, entered upon a jury verdict, holding him liable in William Stephen Blomberg's medical malpractice action. After careful consideration of the record and the parties' briefs, we conclude

there is no merit in Greenlaw's claims of trial-related error, and the district court's judgment was correct. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.